IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

IN RE:   JEANNE M. GOSS                                       #15-31519-SHB
                                                              Chapter 13

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

**Pursuant to Local Rule 9013-1(h), the court may consider this matter without further notice or hearing unless a party in interest files an objection. If you object to the relief requested in this paper, you must file with the clerk of the court at US Bankruptcy Court, 800 Market St. Ste 330, Knoxville, TN 37902 an objection within thirty (30) days from the date this paper was filed and serve a copy on the Chapter 13 Trustee, PO Box 228, Knoxville, TN 37901 and the debtor(s)' attorney, Gail F. Wortley, 3715 Powers Street, Knoxville, TN 37917-2633. If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the court will consider that you do not oppose the granting of the relief requested in this paper and may grant the relief requested without further notice or hearing**.

### OBJECTION BY CHAPTER 13 TRUSTEE TO PROOF OF CLAIM FILED BY KNOX COUNTY TRUSTEE

The Chapter 13 Trustee having received notice that the claim of KNOX COUNTY TRUSTEE filed on 02/22/2016 in the amount of $140.42 for tax year 2014 has been paid in full; accordingly, the Chapter 13 Trustee moves for an Order disallowing this claim except to the extent already paid.

SUBMISSION AND CERTIFICATE OF SERVICE BY CHAPTER 13 TRUSTEE

    Based on information and belief, the Chapter 13 Trustee hereby certifies the correctness of the facts contained in this Objection, Notice and Proposed Order and hereby certifies that a true and exact copy of the same has been serviced by electronic mail and/or by first class United States mail postage prepaid on the following individuals as addressed below this __1st__ day of __April__ 2016.

    /s/ Gwendolyn M. Kerney  (by ml w/perm)
    GWENDOLYN M. KERNEY, #07280
    Chapter 13 Trustee
    PO Box 228
    Knoxville, TN  37901
    (865) 524-4995

JEANNE M. GOSS/ , DEBTOR(S)
8620 KINGSTON PIKE
KNOXVILLE, TN  37923

GAIL F. WORTLEY
ATTORNEY AT LAW
3715 POWERS STREET
KNOXVILLE, TN  37917-2633

UNITED STATES TRUSTEE
800 MARKET STREET SUITE 114
KNOXVILLE, TN  37902


KNOX COUNTY TRUSTEE
ATTN:   LINDA G. MCGINNIS, LEGAL ASSISTANT
PO BOX 70
KNOXVILLE, TN  37901

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Joanne M. Goss a/k/a Advanture Scuba Diving |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Tennessee |
| Case number | 15-31519-SHB |

Official Form 410

# Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
Knox County Trustee
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes    From Whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Knox County Trustee
Name
Post Office Box 70
Number    Street
Knoxville    Tennessee    37901
City    State    Zip Code
Contact Phone    865-215-2344
Contact Email    linda.mcginnis@knoxcounty.org

Where should payments to the creditor be sent? (if different)
Same
Name
_____
Number    Street
_____
City    State    Zip Code
Contact Phone _____
Contact Email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**
☒ No
☐ Yes    Claim number on court claims registry (if known) _____    Filed on _____
                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes    Who made the earlier filing? _____

Official Form 410    Proof of Claim    Page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**
☐ No
☒ Yes   Last 4 digits of the debtor's account or any number you use to identify the debtor: 1293983

**7. How much is the claim?**  $ 140.42

Does this amount include interest or other charges?
☐ No
☒ Yes   Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the Claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.
2014 Property Taxes

**9. Is all or part of the claim secured?**
☐ No
☒ Yes   The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☒ Other. Describe:   Tangible Personal Property Taxes

Basis for perfection:   Property Taxes
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:   $ 13,928.00
Amount of the claim that is secured: $   $ 140.42
Amount of the claim that is unsecured: $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:   $ 140.42

Annual Interest Rate (when case was filed)   12%
☒ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☒ No
☐ Yes   Amount necessary to cure any default as of the date of the petition. $

**11. Is this claim subject to a right of setoff?**
☒ No
☐ Yes   Identify the property: _____

Official Form 410                                Proof of Claim                                Page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No ☐ Yes Check all that apply: | Amount entitled to priority |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). $ | $ |
| | ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). $ | $ |
| | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. $ 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ |
| | * Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

Check the appropriate box:

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date __2/22/2016__
                    MM / DD / YYYY

Signature: Linda G. McGinnis

Print the name of the person who is completing and signing this claim:

Name: Linda G. McGinnis
       First name  Middle name  Last name

Title: Legal Assistant & Collections Coordinator
Company: Knox County Trustee
         Identify the corporate servicer as the company if the authorized agent is a servicer.
Address: Post Office Box 70
         Number  Street
         Knoxville       Tennessee       37901
         City            State           ZIP Code
Contact phone: 865-215-2344    Email: linda.mcginnis@knoxcounty.org

Official Form 410    Proof of Claim    Page 3

**OFFICE OF THE CHAPTER 13 TRUSTEE**
P O Box 228
Knoxville, TN 37901
(865)524-4995

First Tennessee Bank
Knoxville, TN.
87-719
642

No. 11683920

March 16, 2016

CHECK IS NOT VALID UNLESS PRESENTED
WITH A BLUE BACKGROUND

PAY** One Dollars and 40 Cents*********************************************
TO THE ORDER OF    KNOX COUNTY TRUSTEE

AMOUNT**************$1.40**********

VOID AFTER June 14, 2016

MAIL TO:  KNOX COUNTY TRUSTEE
          PO BOX 70
          KNOXVILLE, TN  37901-

CANCELED / VOID

Gwendolyn M. Kerney, Trustee

⑈116839201⑈ ⑆⑆

---

Check No. 11683920

Gwendolyn M. Kerney, Trustee, Knoxville, TN
Pay to: KCT70  KNOX COUNTY TRUSTEE
Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 15-31519 | 042-0 | JEANNE M. GOSS | | 0.01 | 1.39 | 0.01 | 1.40 |

1293983  2014

RECEIVED
MAR 23 16
CHAPTER 13
TRUSTEE

Claim paid in full, Thank you.

[signature]

3/21/16.



# Knox County Property Tax Summary

| Tax Year | Status | Last Paid | Net Taxes Billed | Interest, Penalty & Fees | Payments | Balance Due |
|---|---|---|---|---|---|---|
| 2015 | PAID | | 0.00 | 0.00 | 0.00 | 0.00 |
| 2014 | PAID | 02/29/2016 | 119.00 | 21.42 | 140.42 | 0.00 |
| 2013 | PAID | 06/17/2014 | 116.00 | 6.96 | 122.96 | 0.00 |
| 2012 | PAID | 06/17/2014 | 198.00 | 137.12 | 335.12 | 0.00 |
| 2011 | PAID | 06/17/2014 | 193.00 | 169.66 | 362.66 | 0.00 |
| 2010 | PAID | 04/30/2011 | 277.00 | 8.31 | 285.31 | 0.00 |
| 2009 | PAID | 04/30/2011 | 145.00 | 109.45 | 254.45 | 0.00 |
| 2008 | PAID | 07/07/2009 | 362.00 | 27.15 | 389.15 | 0.00 |
| 2007 | PAID | 09/18/2008 | 352.00 | 36.96 | 388.96 | 0.00 |
| 2006 | PAID | 11/06/2007 | 320.00 | 43.20 | 363.20 | 0.00 |
| 2005 | PAID | 04/28/2006 | 353.04 | 10.59 | 363.63 | 0.00 |
| 2004 | PAID | 04/28/2006 | 230.50 | 73.54 | 304.04 | 0.00 |
| 2003 | PAID | 02/09/2004 | 220.34 | 0.00 | 220.34 | 0.00 |



# Knox County Property Tax Summary

Property: 1293983
Address: 8620 Kingston Pk. Tn
Owner: ADVENTURE SCUBA DIVING, L.L.C.

| | | | |
|---|---|---|---|
| Classification: | TANGIBLE- | Subdivision: | - 451110-SPORTING |
| Block / Lots: | / | Lot Size / Acreage: | / |

| | | | |
|---|---|---|---|
| 2015 Balance Due:* | 0.00 | 2015 Appraised Value: | 0 |
| Balance Due Prior Years: | 0.00 | 2015 Assessed Value: | 0 |
| | | 2015 Tax Rate: | 0.0232 |
| Total Balance Due All Years*: | 0.00 | 2015 Tax Levy: | 97.00 |

* If paid thru the end of this month